Exhibit 2

Charted Claims:
Method Claim: 13

| US7177664B2 | Mitel 6930 IP Phone ('Accused product') |
|---|---|
| 13. A method for coupling a cellular telephone to at least one wired telephone on a wired telephone network comprising, in combination, the steps of: connecting an interface device between said wired telephone network and a first short-range radio transceiver for exchanging voice and | The accused product practices a method for coupling a cellular telephone (e.g., Bluetooth enabled cellular phone) to at least one wired telephone (e.g., the accused product) on a wired telephone network (e.g., network to which the accused product is connected via Ethernet cable) comprising, in combination, the steps of: connecting an interface device (e.g., interface device in the base unit of the accused product operating between wired telephone network and Bluetooth transceiver) between said wired telephone network (e.g., network to which the accused product is connected via Ethernet cable) and a first short-range radio transceiver (e.g., Bluetooth module in the accused product) for exchanging voice and data signals with a second short-range radio transceiver (e.g., Bluetooth module in the cellular phone) in said cellular telephone (e.g., Bluetooth enabled cellular phone). 

The accused product is a wired telephone system that connects to a cellular phone via Bluetooth, leveraging the Bluetooth capabilities present in both devices. The base unit of the accused product comprises Bluetooth transceiver and has a connection with the wired network using Ethernet cable. Hence, an interface unit is used in the base of the accused product for exchanging data between the wired network and Bluetooth transceiver. |

CONFIDENTIAL INFORMATION

| | |
|---|---|
| data signals with a second short-range radio transceiver in said cellular telephone, |  **Mitel 6930w IP PHONE** *The 6930w is designed for power users who need a phone that can be tailored to their specific communication needs.* It provides flexible network connectivity options including wired Ethernet and built-in Wi-Fi to facilitate installation in work-at-home and corporate environments. The enhanced full-duplex speakerphone, cordless handset, and optional Mitel integrated DECT cordless or H-Series headset give you the flexibility you need to fit with the way you work. |

https://www.businesscom.cz/images_obsah/mx-one/datasheet-mitel-6900-series-en.pdf

Mitel Cordless Bluetooth Handset

The Mitel S720 Bluetooth Speakerphone is supported with the Mitel MiVoice 6930 IP phone that allows you to instantly transform any room into a conference room. You can easily connect and enjoy the crystal clear HD audio, while maximizing productivity during conference calls through this premium portable and easy-to-use Bluetooth speakerphone.

Feature highlights include:

- Hookswitch (Initiate call/end call) key
- Volume control keys
- Mute key
- Built-in handset ringer
- LED indicators to indicate both connectivity and charging status
- At least six hours talk time

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

CONFIDENTIAL INFORMATION

- Over 40 hours standby time
- Handset battery recharge time of three hours or less
- Operating range of up to 30 feet (10 meters) from the IP phone
- Wideband audio capable

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

**Bluetooth**

The Mitel MiVoice 6930 IP phone supports MobileLink, a feature that provides seamless mobile integration using Bluetooth wireless technology.

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

Pairing a Bluetooth device

To pair a Bluetooth device:

1. Press the [⊙] (**Settings**) key on the phone to enter the **Settings** menu.

2. Navigate to the **Bluetooth** setting and press the **Select** button or **Select** softkey.

3. Ensure Bluetooth functionality is enabled. If it is not enabled, press the **Turn On** softkey to enable Bluetooth functionality

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

CONFIDENTIAL INFORMATION



**4.** If required, press the down navigation key to view the list of **Available Devices**.

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

**5.** Press the right navigation key to move to the Bluetooth device selection column.

**6.** Using the up and down navigation keys, highlight the Bluetooth device you want to pair and press the **Pair** softkey.



**Note:** For mobile phones and some other Bluetooth devices, a Bluetooth pairing request displays on both the Mitel MiVoice 6930 IP Phone and the respective mobile phone or Bluetooth device. Ensure the pairing code matches on both devices and press **Yes** on the Mitel MiVoice 6930 IP Phone and acknowledge the pairing request on your mobile phone or Bluetooth device.

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

CONFIDENTIAL INFORMATION

7. The phone attempts to pair the Bluetooth device and if successful, automatically attempts to connect to the Bluetooth device.



https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

8. Press **OK** to acknowledge the successful connection.
   The MWI indicator flashes blue when successfully connected. The connected Bluetooth device is added to the list of **Paired Devices** and is ready to use.

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

CONFIDENTIAL INFORMATION



https://productdocuments.mitel.com/doc_finder/UG/EN/MiNet/1.4/6930_Installation_Guide_EN.pdf

### Direct Network Connection

Located on the back of the phone are two fully switched Ethernet cable ports.

The port marked with ▢ is used to connect the phone to the network, as well as provide power to your phone (if required).

https://productdocuments.mitel.com/doc_finder/UG/EN/MiNet/1.4/6930_Installation_Guide_EN.pdf

CONFIDENTIAL INFORMATION



[Inside a Cordless Telephone | HowStuffWorks](#)

How Does A Cordless Phone Function?

A cordless phone has two parts to it. It has a handset and a base unit. The base unit is connected to the standard phone line. The base unit receives the signals or the telephonic call. It then converts it into a FM radio signal. This signal is broadcasted and caught by the handset unit. These signals are decoded by the handset unit, and the sound becomes audible to the receiver. All cordless phones work on this mechanism as there are no wires to transfer and receive signals. The use of duplex technology allows you to talk and listen at the same time on the cordless telephone.

[https://www.letusfindout.com/how-cordless-telephones-work/](https://www.letusfindout.com/how-cordless-telephones-work/)

| | |
|---|---|
| employing said interface device to handle an outgoing call from said wired telephone via said cellular phone by | The accused product practices employing said interface device (e.g., interface device in the base unit of the accused product operating between wired telephone network and Bluetooth transceiver) to handle an outgoing call (e.g., call initiated using the accused product) from said wired telephone (e.g., the accused product) via said cellular phone (e.g., Bluetooth enabled cellular phone) by performing the sub steps comprising: indicating the availability of an idle line (e.g., telephone line currently not in use) to said wired telephone (e.g., the accused product) when said first and second transceivers (e.g., Bluetooth module in accused product and cellular phone respectively) are within communicating range of one another and said cellular telephone (e.g., Bluetooth enabled cellular phone) is not already in use.

As shown below, the accused product is used to make an outgoing call. The user first presses "line" button and then lifts the handset from the base of the accused product and |

| performing the substeps comprising: indicating the availability of an idle line to said wired telephone when said first and second transceivers are within communicating range of one another and said cellular telephone is not already in use, | then dials out a number which results in the display of number on the screen. After this, an outgoing call gets placed via the accused product. |
| --- | --- |

Furthermore, as shown below, the base of the accused product includes an icon on its display which indicates that the mobile phone is connected, and the mobile line is idle.



[Inside a Cordless Telephone | HowStuffWorks](#)

**How Does A Cordless Phone Function?**

A cordless phone has two parts to it. It has a handset and a base unit. The base unit is connected to the standard phone line. The base unit receives the signals or the telephonic call. It then converts it into a FM radio signal. This signal is broadcasted and caught by the handset unit. These signals are decoded by the handset unit, and the sound becomes audible to the receiver. All cordless phones work on this mechanism as there are no wires to transfer and receive signals. The use of duplex technology allows you to talk and listen at the same time on the cordless telephone.

[https://www.letusfindout.com/how-cordless-telephones-work/](https://www.letusfindout.com/how-cordless-telephones-work/)

CONFIDENTIAL INFORMATION



**6930 Phone: Placing a Call**

https://www.youtube.com/watch?v=CxZ-udqpIwE&t=45s

CONFIDENTIAL INFORMATION



**6930 Phone: Placing a Call**

https://www.youtube.com/watch?v=CxZ-udqpIwE&t=45s

# Making calls

This section describes ways to make calls on your Mitel MiVoice 6930 IP phone, using your handset, speakerphone or headset.

## Dialing a number

First, take the phone off-hook by:

- Lifting the handset for handset operation, or
- Pressing the **3/⊙** (**Speaker/Headset**) key or applicable **Line** key for speaker or headset operation. Your phone must be configured to use the Speaker audio path for speaker operation or Headset audio path for headset operation.

At the dial tone, enter the number you wish to call. When your party picks up, a timer appears on your display that records the length of your call.

CONFIDENTIAL INFORMATION

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

**Bluetooth**

The Mitel MiVoice 6930 IP phone supports MobileLink, a feature that provides seamless mobile integration using Bluetooth wireless technology.

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

The **Mobile Line** key icon changes to reflect the status of the line as per the following table.

| Icon | Description |
|------|-------------|
| | Indicates the mobile line is connected with a mobile phone and is idle. |
| | (Blinking)  Indicates the mobile line is ringing due to an incoming call on your mobile phone. |
| | Indicates the mobile line is busy. |
| | (Blinking) Indicates an ongoing call with active audio on the mobile phone. |
| | (Blinking) Indicates the call on the mobile line is on hold. |
| | Indicates the mobile phone is not connected. |

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

CONFIDENTIAL INFORMATION

<table>
<tr><td></td><td>

**Mitel Cordless Bluetooth Handset**

The Mitel S720 Bluetooth Speakerphone is supported with the Mitel MiVoice 6930 IP phone that allows you to instantly transform any room into a conference room. You can easily connect and enjoy the crystal clear HD audio, while maximizing productivity during conference calls through this premium portable and easy-to-use Bluetooth speakerphone.

Feature highlights include:

- Hookswitch (Initiate call/end call) key
- Volume control keys
- Mute key
- Built-in handset ringer
- LED indicators to indicate both connectivity and charging status
- At least six hours talk time

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

- Over 40 hours standby time
- Handset battery recharge time of three hours or less
- Operating range of up to 30 feet (10 meters) from the IP phone
- Wideband audio capable

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

</td></tr>
<tr><td>

receiving a telephone number to be called via said wired network from said wired telephone,

</td><td>

The accused product practices receiving a telephone number to be called via said wired network (e.g., network to which the accused product is connected via Ethernet cable) from said wired telephone (e.g., the accused product).

As shown below, the accused product is used to make an outgoing call. The user first presses "line" button and then lifts the handset from the base of the accused product and then dials out the number which results in the display of number on the screen. After this, an outgoing call gets placed via the accused product.

</td></tr>
</table>

CONFIDENTIAL INFORMATION

## Making calls

This section describes ways to make calls on your Mitel MiVoice 6930 IP phone, using your handset, speakerphone or headset.

## Dialing a number

First, take the phone off-hook by:

- Lifting the handset for handset operation, or

- Pressing the 🔲 (**Speaker/Headset**) key or applicable **Line** key for speaker or headset operation. Your phone must be configured to use the Speaker audio path for speaker operation or Headset audio path for headset operation.

At the dial tone, enter the number you wish to call. When your party picks up, a timer appears on your display that records the length of your call.

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

## Bluetooth

The Mitel MiVoice 6930 IP phone supports MobileLink, a feature that provides seamless mobile integration using Bluetooth wireless technology.

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

CONFIDENTIAL INFORMATION



**6930 Phone: Placing a Call**

https://www.youtube.com/watch?v=CxZ-udqpIwE&t=45s

**6930 Phone: Placing a Call**



https://www.youtube.com/watch?v=CxZ-udqpIwE&t=45s

https://productdocuments.mitel.com/doc_finder/UG/EN/MiNet/1.4/6930_Installation_Guide_EN.pdf

https://productdocuments.mitel.com/doc_finder/UG/EN/MiNet/1.4/6930_Installation_Guide_EN.pdf

| | |
|---|---|
| transmitting said telephone | The accused product practices transmitting said telephone number via said first and second transceivers (e.g., Bluetooth module in accused product and cellular phone respectively) to said cellular telephone (e.g., Bluetooth enabled cellular phone) to initiate |

| | |
|---|---|
| number via said first and second transceivers to said cellular telephone to initiate said outgoing call, and | said outgoing call.<br><br>As shown below, the accused product is used to make an outgoing call. The user first presses "line" button and then lifts the handset from the base of the accused product and then dials out the number which results in the display of number on the screen. After this, an outgoing call gets placed via the accused product. As, the accused product comprises of a Bluetooth module which is connected to a mobile phone having a second Bluetooth module, the number gets dialled on the connected mobile phone as well, if it is in a maximum range of 10m.<br><br>Bluetooth<br><br>The Mitel MiVoice 6930 IP phone supports MobileLink, a feature that provides seamless mobile integration using Bluetooth wireless technology.<br><br>https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide<br><br>Making calls<br><br>This section describes ways to make calls on your Mitel MiVoice 6930 IP phone, using your handset, speakerphone or headset.<br><br>Dialing a number<br><br>First, take the phone off-hook by:<br><br>• Lifting the handset for handset operation, or<br>• Pressing the [⊲/◯] (**Speaker/Headset**) key or applicable **Line** key for speaker or headset operation. Your phone must be configured to use the Speaker audio path for speaker operation or Headset audio path for headset operation.<br><br>At the dial tone, enter the number you wish to call. When your party picks up, a timer appears on your display that records the length of your call.<br><br>https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide |

## Mitel Cordless Bluetooth Handset

The Mitel S720 Bluetooth Speakerphone is supported with the Mitel MiVoice 6930 IP phone that allows you to instantly transform any room into a conference room. You can easily connect and enjoy the crystal clear HD audio, while maximizing productivity during conference calls through this premium portable and easy-to-use Bluetooth speakerphone.

Feature highlights include:

- Hookswitch (Initiate call/end call) key
- Volume control keys
- Mute key
- Built-in handset ringer
- LED indicators to indicate both connectivity and charging status
- At least six hours talk time

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

- Over 40 hours standby time
- Handset battery recharge time of three hours or less
- Operating range of up to 30 feet (10 meters) from the IP phone
- Wideband audio capable

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

CONFIDENTIAL INFORMATION



https://www.youtube.com/watch?v=CxZ-udqpIwE&t=45s

CONFIDENTIAL INFORMATION

| | |
|---|---|
| | https://www.youtube.com/watch?v=CxZ-udqpIwE&t=45s |
| establishing an audio transmission channel between said cellular telephone and said wired telephone via said wired network and said first and second transceivers after said outgoing call is initiated, | The accused product practices establishing an audio transmission channel (e.g., Bluetooth channel established between the accused product and the cellular telephone) between said cellular telephone (e.g., Bluetooth enabled cellular phone) and said wired telephone (e.g., the accused product) via said wired network and said first and second transceivers (e.g., Bluetooth module in accused product and cellular phone respectively) after said outgoing call is initiated.<br><br>Bluetooth<br><br>The Mitel MiVoice 6930 IP phone supports MobileLink, a feature that provides seamless mobile integration using Bluetooth wireless technology.<br><br>https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide<br><br>## Making calls<br><br>This section describes ways to make calls on your Mitel MiVoice 6930 IP phone, using your handset, speakerphone or headset.<br><br>Dialing a number<br><br>First, take the phone off-hook by:<br><br>• Lifting the handset for handset operation, or<br><br>• Pressing the (Speaker/Headset) key or applicable **Line** key for speaker or headset operation. Your phone must be configured to use the Speaker audio path for speaker operation or Headset audio path for headset operation.<br><br>At the dial tone, enter the number you wish to call. When your party picks up, a timer appears on your display that records the length of your call.<br><br>https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide |

CONFIDENTIAL INFORMATION



**Mitel 6930w IP PHONE**

*The 6930w is designed for power users who need a phone that can be tailored to their specific communication needs.*
*It provides flexible network connectivity options including wired Ethernet and built-in Wi-Fi to facilitate installation in work-at-home and corporate environments. The enhanced full-duplex speakerphone, cordless handset, and optional Mitel integrated DECT cordless or H-Series headset give you the flexibility you need to fit with the way you work.*

https://www.businesscom.cz/images_obsah/mx-one/datasheet-mitel-6900-series-en.pdf



**Open SIP Call Control Support**

The 6900 IP Phone Series firmware connects to any standards-based SIP call control and shares the same connectivity logic as the 6800 IP Phones series.

https://www.mitel.com/products/6900-voip-business-phones

CONFIDENTIAL INFORMATION

### How SIP trunking works

SIP stands for Session Initiation Protocol and is a standard which describes how phone systems can establish calls, maintain the connection between phone systems so that voice and data can be transmitted when a call is active, and terminate the connection when the call is over. This involves the phone systems sending signals to each other, which contain instructions to begin a call, play-back ringing sounds, stream audio or data between the systems, and terminate the connection.

Once a call has been established using Session Initiation Protocol, other protocols are used to handle the transfer of audio and data between the two phone systems. This process is known as **media streaming** and is usually carried out over UDP or TCP.

https://telnyx.com/resources/sip-trunking-explained

The SIP (Session Initiation Protocol) enables other protocols that support many types of internet-based voice communications. Organizations can use a SIP trunk to create a single phone line that switches between users as needed, instead of paying for multiple lines. SIP trunks and channels offer much more scalability than traditional telephony systems, and do not require pricey, cumbersome infrastructure.

https://telnyx.com/resources/sip-trunking-explained

### SIP channels

In SIP trunking terminology, there is often confusion between SIP **trunks** and SIP channels. Channels are often referred to as SIP lines, as they operate just like a traditional phone line that can handle one incoming or outgoing call at a time. As such, SIP trunking capacity can be increased by adding more channels.

https://telnyx.com/resources/sip-trunking-explained

CONFIDENTIAL INFORMATION

<table>
<tr>
<td></td>
<td>

**How SIP Channels Work**

Traditionally, the term "trunk" referred to a thick bundle of phone wires that held 23 phone lines. This pack of wires is a PRI trunk. A SIP trunk is a modern version of this thick bundle of phone lines.

Each SIP channel is like one of those phone lines in the bigger pack of wires. A SIP channel is capable of connecting a single phone call. And one of the biggest benefits of a SIP trunk is that a SIP trunk can hold far more channels than the number of wires in a traditional phone line trunk.

When you make a phone call through your SIP trunk, your phone opens a connection on the trunk (also called a session ↗, hence the acronym for "Session Initiation Protocol"). That call connection takes up one SIP trunk channel, and that channel creates a connection to either the public internet or your telecom carrier's network to connect the call. If someone else makes a concurrent call, it simply opens up another connection, using a different channel on your SIP trunk.

https://telnyx.com/resources/what-is-sip-trunk-channel

</td>
<td></td>
</tr>
<tr>
<td>

disconnecting said audio transmission channel and for signalling said cellular phone to terminate the connection via said cellular telephone to said outside caller when

</td>
<td>

The accused product practices disconnecting said audio transmission channel (e.g., Bluetooth channel established between the accused product and the cellular telephone) and for signalling said cellular phone (e.g., Bluetooth enabled cellular phone) to terminate the connection via said cellular telephone to said outside caller when said wired telephone (e.g., the accused product) goes on-hook (e.g., handset is placed in the base or cradle and the telephone system gets disconnected).

The Bluetooth audio channel between wired telephone and cellular phone gets disconnected when the wired telephone is disconnected from network i.e., goes on-hook as wired telephone and cellular phone are connected to each other via Bluetooth channel.

**Ending calls**

To end a call, you first need to connect or reconnect to the call if not already connected (e.g. if your caller is on hold). With the call connected, place the handset on its cradle, press the **End Call** softkey, or press the [ ⌢ ] (**Goodbye**) key.

</td>
</tr>
</table>

| said wired telephone goes on-hook, and | https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide |
|---|---|
| | Bluetooth |
| | The Mitel MiVoice 6930 IP phone supports MobileLink, a feature that provides seamless mobile integration using Bluetooth wireless technology. |
| | https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide |
| |  |
| | Mitel 6930w IP PHONE |
| | The 6930w is designed for power users who need a phone that can be tailored to their specific communication needs. It provides flexible network connectivity options including wired Ethernet and built-in Wi-Fi to facilitate installation in work-at-home and corporate environments. The enhanced full-duplex speakerphone, cordless handset, and optional Mitel integrated DECT cordless or H-Series headset give you the flexibility you need to fit with the way you work. |
| | https://www.businesscom.cz/images_obsah/mx-one/datasheet-mitel-6900-series-en.pdf |

CONFIDENTIAL INFORMATION

## Open SIP Call Control Support 

The 6900 IP Phone Series firmware connects to any standards-based SIP call control and shares the same connectivity logic as the 6800 IP Phones series.

https://www.mitel.com/products/6900-voip-business-phones

## How SIP trunking works

SIP stands for Session Initiation Protocol and is a standard which describes how phone systems can establish calls, maintain the connection between phone systems so that voice and data can be transmitted when a call is active, and terminate the connection when the call is over. This involves the phone systems sending signals to each other, which contain instructions to begin a call, play-back ringing sounds, stream audio or data between the systems, and terminate the connection.

Once a call has been established using Session Initiation Protocol, other protocols are used to handle the transfer of audio and data between the two phone systems. This process is known as **media streaming** and is usually carried out over UDP or TCP.

https://telnyx.com/resources/sip-trunking-explained

The SIP (Session Initiation Protocol) enables other protocols that support many types of internet-based voice communications. Organizations can use a SIP trunk to create a single phone line that switches between users as needed, instead of paying for multiple lines. SIP trunks and channels offer much more scalability than traditional telephony systems, and do not require pricey, cumbersome infrastructure.

https://telnyx.com/resources/sip-trunking-explained

CONFIDENTIAL INFORMATION

### SIP channels

In SIP trunking terminology, there is often confusion between SIP **trunks** and SIP channels. Channels are often referred to as SIP lines, as they operate just like a traditional phone line that can handle one incoming or outgoing call at a time. As such, SIP trunking capacity can be increased by adding more channels.

https://telnyx.com/resources/sip-trunking-explained

## How SIP Channels Work

Traditionally, the term "trunk" referred to a thick bundle of phone wires that held 23 phone lines. This pack of wires is a PRI trunk. A SIP trunk is a modern version of this thick bundle of phone lines.

Each SIP channel is like one of those phone lines in the bigger pack of wires. A SIP channel is capable of connecting a single phone call. And one of the biggest benefits of a SIP trunk is that a SIP trunk can hold far more channels than the number of wires in a traditional phone line trunk.

When you make a phone call through your SIP trunk, your phone opens a connection on the trunk (also called a session ↗, hence the acronym for "Session Initiation Protocol"). That call connection takes up one SIP trunk channel, and that channel creates a connection to either the public internet or your telecom carrier's network to connect the call. If someone else makes a concurrent call, it simply opens up another connection, using a different channel on your SIP trunk.

https://telnyx.com/resources/what-is-sip-trunk-channel

| employing said interface device for handling an incoming call | The accused product practices employing said interface device (e.g., interface device in the base unit of the accused product operating between wired telephone network and Bluetooth transceiver) for handling an incoming call to said cellular phone (e.g., Bluetooth enabled cellular phone) from an outside caller by performing the sub steps comprising: applying a ringing signal (e.g., telephone system begins to ring) to said wired telephone network (e.g., network to which the accused product is connected via Ethernet cable) when |
|---|---|

| | |
|---|---|
| to said cellular phone from an outside caller by performing the substeps comprising: applying a ringing signal to said wired telephone network when said incoming call is detected by said cellular phone, | said incoming call is detected by said cellular phone (e.g., Bluetooth enabled cellular phone). As shown below, the accused product is used to receive an incoming call. When a call is received at the cell phone, the accused product also begins to ring. For answering the call, the user needs to pick up the handset from the base or cradle of the accused product.  [Inside a Cordless Telephone \| HowStuffWorks](#) **How Does A Cordless Phone Function?** A cordless phone has two parts to it. It has a handset and a base unit. The base unit is connected to the standard phone line. The base unit receives the signals or the telephonic call. It then converts it into a FM radio signal. This signal is broadcasted and caught by the handset unit. These signals are decoded by the handset unit, and the sound becomes audible to the receiver. All cordless phones work on this mechanism as there are no wires to transfer and receive signals. The use of duplex technology allows you to talk and listen at the same time on the cordless telephone. [https://www.letusfindout.com/how-cordless-telephones-work/](https://www.letusfindout.com/how-cordless-telephones-work/) **Bluetooth** The Mitel MiVoice 6930 IP phone supports MobileLink, a feature that provides seamless mobile integration using Bluetooth wireless technology. [https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/](https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/) |

CONFIDENTIAL INFORMATION

6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

**Answering an incoming mobile call using your Mitel MiVoice 6930 IP phone**

When your mobile phone is paired and connected to your Mitel MiVoice 6930 IP phone, incoming calls on your mobile phone will be indicated on your Mitel MiVoice 6930 IP phone as well.



To answer the incoming mobile call using your Mitel MiVoice 6930 IP phone, lift the handset for handset operation or press the [◁/◁] (**Speaker/Headset**) key, blinking [📱] **Mobile Line** key, or **Answer** softkey for handsfree operation.

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

CONFIDENTIAL INFORMATION



**6930 Phone: Answer A Call**

https://www.youtube.com/watch?v=3kpqIojGHng

CONFIDENTIAL INFORMATION

## Audio

The **Audio** setting on the Mitel MiVoice 6930 IP phone allows you to personalize ring tones, select the initial audio path used when pressing the [⌀/🎧] (**Speaker/Headset**) key, and enable or disable DHSG headset mode.

### Ring Tones

There are a total of 20 (10 modern and 10 classic) distinct ring tones available for selection on the Mitel MiVoice 6930 IP phone. Two different ring tones can be configured for incoming calls from internal numbers and external numbers.

To configure ringtones for internal and external calls:

1.  Press the [⚙] (**Settings**) key on the phone to enter the **Settings** menu.

2.  Navigate to the **Audio > Ring Tones** setting and press the **Select** button or **Select** softkey.



3.  With the **Internal Ring** setting highlighted press the right navigation key to move to **Internal Ring** selection column.

4.  Use the up and down navigation keys to scroll through the list and choose the applicable ring tone.

5.  Press the left navigation key and then the down navigation key to highlight the **External Ring** setting.

6.  With the **External Ring** setting highlighted press the right navigation key to move to **External Ring** selection column.

7.  Use the up and down navigation keys to scroll through the list and choose the applicable ring tone.

8.  Press the **Save** softkey to save your changes.

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

CONFIDENTIAL INFORMATION

| | |
|---|---|
| |  **Volume controls** - Adjusts the volume for the ringer, handset, headset, and speakerphone.<br><br>Press the volume control keys while the phone is ringing to adjust the ringer volume. Pressing these keys during an active call adjusts the volume of the audio device being used (handset, headset, or speaker).<br><br>https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide |
| establishing an audio transmission channel between said cellular phone and said wired telephone via said wired network and said first and second transceivers when said wired telephone goes off-hook, and | The accused product practices establishing an audio transmission channel (e.g., Bluetooth channel established between the accused product and the cellular telephone) between said cellular phone (e.g., Bluetooth enabled cellular phone) and said wired telephone (e.g., the accused product) via said wired network and said first and second transceivers (e.g., Bluetooth module in accused product and cellular phone respectively) when said wired telephone goes off-hook (e.g., handset is picked up from the base or cradle and the telephone system gets connected).<br><br>Bluetooth<br><br>The Mitel MiVoice 6930 IP phone supports MobileLink, a feature that provides seamless mobile integration using Bluetooth wireless technology.<br><br>https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide |

CONFIDENTIAL INFORMATION

### Answering an incoming mobile call using your Mitel MiVoice 6930 IP phone

When your mobile phone is paired and connected to your Mitel MiVoice 6930 IP phone, incoming calls on your mobile phone will be indicated on your Mitel MiVoice 6930 IP phone as well.



To answer the incoming mobile call using your Mitel MiVoice 6930 IP phone, lift the handset for handset operation or press the ⬛ (**Speaker/Headset**) key, blinking 📱 **Mobile Line** key, or **Answer** softkey for handsfree operation.

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide

CONFIDENTIAL INFORMATION



**Mitel 6930w IP PHONE**

*The 6930w is designed for power users who need a phone that can be tailored to their specific communication needs.*
*It provides flexible network connectivity options including wired Ethernet and built-in Wi-Fi to facilitate installation in work-at-home and corporate environments. The enhanced full-duplex speakerphone, cordless handset, and optional Mitel integrated DECT cordless or H-Series headset give you the flexibility you need to fit with the way you work.*

https://www.businesscom.cz/images_obsah/mx-one/datasheet-mitel-6900-series-en.pdf

CONFIDENTIAL INFORMATION



**6930 Phone: Answer A Call**

https://www.youtube.com/watch?v=3kpqIojGHng

**Open SIP Call Control Support**

The 6900 IP Phone Series firmware connects to any standards-based SIP call control and shares the same connectivity logic as the 6800 IP Phones series.

https://www.mitel.com/products/6900-voip-business-phones

CONFIDENTIAL INFORMATION

**How SIP trunking works**

SIP stands for Session Initiation Protocol and is a standard which describes how phone systems can establish calls, maintain the connection between phone systems so that voice and data can be transmitted when a call is active, and terminate the connection when the call is over. This involves the phone systems sending signals to each other, which contain instructions to begin a call, play-back ringing sounds, stream audio or data between the systems, and terminate the connection.

Once a call has been established using Session Initiation Protocol, other protocols are used to handle the transfer of audio and data between the two phone systems. This process is known as **media streaming** and is usually carried out over UDP or TCP.

https://telnyx.com/resources/sip-trunking-explained

The SIP (Session Initiation Protocol) enables other protocols that support many types of internet-based voice communications. Organizations can use a SIP trunk to create a single phone line that switches between users as needed, instead of paying for multiple lines. SIP trunks and channels offer much more scalability than traditional telephony systems, and do not require pricey, cumbersome infrastructure.

https://telnyx.com/resources/sip-trunking-explained

**SIP channels**

In SIP trunking terminology, there is often confusion between SIP **trunks** and SIP channels. Channels are often referred to as SIP lines, as they operate just like a traditional phone line that can handle one incoming or outgoing call at a time. As such, SIP trunking capacity can be increased by adding more channels.

https://telnyx.com/resources/sip-trunking-explained

CONFIDENTIAL INFORMATION

| | |
|---|---|
| | **How SIP Channels Work**<br><br>Traditionally, the term "trunk" referred to a thick bundle of phone wires that held 23 phone lines. This pack of wires is a PRI trunk. A SIP trunk is a modern version of this thick bundle of phone lines.<br><br>Each SIP channel is like one of those phone lines in the bigger pack of wires. A SIP channel is capable of connecting a single phone call. And one of the biggest benefits of a SIP trunk is that a SIP trunk can hold far more channels than the number of wires in a traditional phone line trunk.<br><br>When you make a phone call through your SIP trunk, your phone opens a connection on the trunk (also called a session ↗, hence the acronym for "Session Initiation Protocol"). That call connection takes up one SIP trunk channel, and that channel creates a connection to either the public internet or your telecom carrier's network to connect the call. If someone else makes a concurrent call, it simply opens up another connection, using a different channel on your SIP trunk.<br><br>https://telnyx.com/resources/what-is-sip-trunk-channel |
| disconnecting said audio transmission channel and for signaling said cellular phone to terminate the connection via said cellular telephone to said outside caller when | The accused product practices disconnecting said audio transmission channel and for signalling said cellular phone (e.g., Bluetooth enabled cellular phone) to terminate the connection via said cellular telephone to said outside caller when said wired telephone (e.g., the accused product) goes on-hook (e.g., handset is placed in the base or cradle and the telephone system gets disconnected).<br><br>The Bluetooth audio channel between wired telephone and cellular phone gets disconnected when the wired telephone is disconnected from network i.e., goes on-hook as wired telephone and cellular phone are connected to each other via Bluetooth channel.<br><br>**Ending calls**<br><br>To end a call, you first need to connect or reconnect to the call if not already connected (e.g. if your caller is on hold). With the call connected, place the handset on its cradle, press the **End Call** softkey, or press the ☎ (**Goodbye**) key.<br><br>https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/ |

| said wired telephone goes on-hook. | 6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide |
|---|---|

**Bluetooth**

The Mitel MiVoice 6930 IP phone supports MobileLink, a feature that provides seamless mobile integration using Bluetooth wireless technology.

https://www.mitel.com/document-center/devices-and-accessories/ip-phones/6900-series/6900-ip-phones/minet-13/en/mivoice-6930-ip-phone-user-guide



**Mitel 6930w IP PHONE**

The 6930w is designed for power users who need a phone that can be tailored to their specific communication needs. It provides flexible network connectivity options including wired Ethernet and built-in Wi-Fi to facilitate installation in work-at-home and corporate environments. The enhanced full-duplex speakerphone, cordless handset, and optional Mitel integrated DECT cordless or H-Series headset give you the flexibility you need to fit with the way you work.

https://www.businesscom.cz/images_obsah/mx-one/datasheet-mitel-6900-series-en.pdf

CONFIDENTIAL INFORMATION



**Open SIP Call Control Support**

The 6900 IP Phone Series firmware connects to any standards-based SIP call control and shares the same connectivity logic as the 6800 IP Phones series.

https://www.mitel.com/products/6900-voip-business-phones

**How SIP trunking works**

SIP stands for Session Initiation Protocol and is a standard which describes how phone systems can establish calls, maintain the connection between phone systems so that voice and data can be transmitted when a call is active, and terminate the connection when the call is over. This involves the phone systems sending signals to each other, which contain instructions to begin a call, play-back ringing sounds, stream audio or data between the systems, and terminate the connection.

Once a call has been established using Session Initiation Protocol, other protocols are used to handle the transfer of audio and data between the two phone systems. This process is known as **media streaming** and is usually carried out over UDP or TCP.

https://telnyx.com/resources/sip-trunking-explained

The SIP (Session Initiation Protocol) enables other protocols that support many types of internet-based voice communications. Organizations can use a SIP trunk to create a single phone line that switches between users as needed, instead of paying for multiple lines. SIP trunks and channels offer much more scalability than traditional telephony systems, and do not require pricey, cumbersome infrastructure.

https://telnyx.com/resources/sip-trunking-explained

CONFIDENTIAL INFORMATION

### SIP channels

In SIP trunking terminology, there is often confusion between SIP **trunks** and SIP channels. Channels are often referred to as SIP lines, as they operate just like a traditional phone line that can handle one incoming or outgoing call at a time. As such, SIP trunking capacity can be increased by adding more channels.

https://telnyx.com/resources/sip-trunking-explained

## How SIP Channels Work

Traditionally, the term "trunk" referred to a thick bundle of phone wires that held 23 phone lines. This pack of wires is a PRI trunk. A SIP trunk is a modern version of this thick bundle of phone lines.

Each SIP channel is like one of those phone lines in the bigger pack of wires. A SIP channel is capable of connecting a single phone call. And one of the biggest benefits of a SIP trunk is that a SIP trunk can hold far more channels than the number of wires in a traditional phone line trunk.

When you make a phone call through your SIP trunk, your phone opens a connection on the trunk (also called a session ↗, hence the acronym for "Session Initiation Protocol"). That call connection takes up one SIP trunk channel, and that channel creates a connection to either the public internet or your telecom carrier's network to connect the call. If someone else makes a concurrent call, it simply opens up another connection, using a different channel on your SIP trunk.

https://telnyx.com/resources/what-is-sip-trunk-channel

CONFIDENTIAL INFORMATION